UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

STEVE BERNARD BOGARD,

    Petitioner,    Case No. 2:20-cv-16

v.            Honorable Paul L. Maloney

CONNIE HORTON,

    Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's motion for a stay (ECF No. 8) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.


Dated: March 26, 2020      /s/ Paul L. Maloney
                 Paul L. Maloney
                 United States District Judge