UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

S<small>TEVE</small> B<small>ERNARD</small> B<small>OGARD</small>,

      Petitioner,         Case No. 2:20-cv-16

v.                         Honorable Paul L. Maloney

C<small>ONNIE</small> H<small>ORTON</small>,

      Respondent.
_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Date: March 26, 2020             /s/ Paul L. Maloney
                                                         Paul L. Maloney
                                                         United States District Judge